# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00067-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>FIVE DAY DEADLINE |

    Plaintiff Michael T. Torres ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On August 2, 2019, Plaintiff filed a motion for an extension of time to file his opening brief.

    The Local Rules of the Eastern District of California provide that a party having no opposition to the granting of a motion shall file a statement of non-opposition. L.R. 230(c). The Court shall require Defendant to either file an opposition to the motion for an extension of time or a statement of non-opposition. If there is no opposition, the parties may stipulate to the extension of time.

/ / /

/ / /

/ / /

1

1 | Based on the foregoing, IT IS HEREBY ORDERED that Defendant shall file an opposition or a statement of non-opposition to Plaintiff's motion for an extension of time within five days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **September 3, 2019**

_____
UNITED STATES MAGISTRATE JUDGE