# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00067-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 15) |

　　　　Plaintiff Michael T. Torres ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On September 2, 2019, Plaintiff filed a motion for an extension of time to file his opening brief, requesting the deadline be extended thirty (30) days. (ECF No. 15.) On September 3, 2019, the Court ordered Defendant to either file an opposition to the motion for an extension of time or a statement of non-opposition. (ECF No. 16.) The deadline for Defendant to file an opposition or statement of non-opposition has passed. Given Defendant has failed to file any opposition to the motion for an extension of time, the Court shall grant Plaintiff's motion.

///
///
///

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before October 4, 2019;
2. Defendant's response shall be filed on or before November 4, 2019; and
3. Plaintiff's reply, if any, shall be filed on or before November 19, 2019.

IT IS SO ORDERED.

Dated: **September 12, 2019**

UNITED STATES MAGISTRATE JUDGE