# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. TORRES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00067-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>FIVE-DAY DEADLINE<br><br>(ECF No. 16) |

    Plaintiff Michael T. Torres ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On September 2, 2019, Plaintiff filed a motion for an extension of time to file his opening brief, requesting the deadline be extended thirty (30) days. On September 3, 2019, the Court ordered Defendant to either file an opposition to the motion for an extension of time or a statement of non-opposition within five days of entry of the order. (ECF No. 16.) The deadline has now passed, and Defendant has failed to file an opposition or statement of non-opposition as required by the Court's September 3, 2019 order.

    Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall show cause in writing within **five (5) days** of the date of entry of this order why monetary sanctions should not issue for the failure to file an opposition or statement of non-opposition as required by the Court's September 3, 2019 order;

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __September 12, 2019__

UNITED STATES MAGISTRATE JUDGE