# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00067-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 16) |

On September 2, 2019, Plaintiff filed a motion for an extension of time to file his opening brief. (ECF No. 15.) On September 3, 2019, the Court ordered Defendant to either file an opposition to the motion for an extension of time or a statement of non-opposition within five days of entry of the order. (ECF No. 16.) On September 12, 2019, the Court issued an order to show cause why sanctions should not be issued for failure to comply with the September 3, 2019 order. (ECF No. 18.)

On September 12, 2019, Defendant filed a response to the order to show cause and a declaration by Defendant's counsel. (ECF Nos. 19, 19-1.) Defendant's counsel states that she was out of the office immediately prior to the issuance of the September 3, 2019 order, between August 29, 2019 and September 2, 2019. Upon returning from the absence, counsel was catching up on emails and pending deadlines, was not aware of the order and five-day deadline, and due to a calendaring administrative error, the deadline was not recorded correctly.

1

Additionally, counsel states she was inundated with other matters, caring for a family member, and would have agreed to stipulating to Plaintiff's requested extension if Plaintiff's counsel had contacted her with the request. The Court finds good cause to discharge the order to show cause.

Based on the declaration of counsel, the order to show cause, filed September 12, 2019, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **September 13, 2019**

UNITED STATES MAGISTRATE JUDGE