# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. TORRES, | Case No. 1:19-cv-00067-SAB |
| Plaintiff, | ORDER RE CONSENT/DECLINE FORM |
| v. | (ECF No. 6) |
| COMMISSIONER OF SOCIAL SECURITY, | FIVE DAY DEADLINE |
| Defendant. | |

Plaintiff Michael T. Torres ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On January 17, 2019, Plaintiff filed a consent decline form which indicated that Plaintiff was consenting to the jurisdiction of the magistrate judge. (ECF No. 6.) On January 29, 2019, the Commissioner of Social Security consented to the jurisdiction of the magistrate judge.

Upon review of the form filed by Plaintiff, while it was filed as a consent to the jurisdiction of the magistrate judge, the document itself has not been completed. If Plaintiff intended to consent in this action, he is directed to file a completed form consenting to the jurisdiction of the magistrate judge. Plaintiff is advised that he is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences. If Plaintiff does not file a signed form consenting to the jurisdiction of the magistrate judge, the Court will direct the

1

1    Clerk of the Court to assign this action to a district judge for the issuance of findings and

2    recommendations addressing Plaintiff's claims.

3         Accordingly, IT IS HEREBY ORDERED that within five days of the date of service of

4    this order, Plaintiff may file a completed consent or decline form.  If Plaintiff does not file a form

5    consenting to the jurisdiction of the magistrate judge, this matter will be randomly assigned to a

6    district judge for the issuance of findings and recommendations.

7

8    IT IS SO ORDERED.

9    Dated:    **October 24, 2019**

                                                UNITED STATES MAGISTRATE JUDGE