# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. TORRES, | Case No. 1:19-cv-00067-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 24) |
| Defendant. | |

On November 4, 2019, a stipulation was filed for an extension of time for Defendant to file a responsive brief. (ECF No. 24.)

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1.      Defendant's response shall be filed on or before December 11, 2019; and

2.      Plaintiff's reply, if any, shall be filed on or before December 26, 2019.

IT IS SO ORDERED.

Dated:   **November 5, 2019**

UNITED STATES MAGISTRATE JUDGE

1