# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. TORRES,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:19-cv-00067-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY PLAINTIFF'S SOCIAL SECURITY APPEAL SHOULD NOT BE DEEMED UNOPPOSED<br><br>(ECF No. 25)<br><br>FIVE DAY DEADLINE |

Plaintiff Michael T. Torres ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On November 5, 2019, at the stipulation of the parties, an order issued requiring Defendant to file an opposition to Plaintiff's Social Security appeal on or before December 11, 2019. Defendant did not file an opposition by the deadline.

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, Defendant shall SHOW CAUSE IN WRITING why Plaintiff's Social Security appeal should not be deemed unopposed.

IT IS SO ORDERED.

Dated: __December 12, 2019__

UNITED STATES MAGISTRATE JUDGE

1