# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00067-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 26, 28) |

　　Plaintiff Michael T. Torres ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. Defendant did not file a timely opposition to Plaintiff's opening brief. On December 13, 2019, an order issued requiring Defendant to show cause why Plaintiff's Social Security appeal should not be deemed unopposed. Defendant filed an opposition and a response to the order to show cause on December 17, 2019.

　　Based on Defendant's response, the order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __December 18, 2019__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1